IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

AMILCAR NORAT COLLAZO

CASE NO. 18-03605-BKT

CHAPTER 13

DEBTOR(S)

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on 08/01/2018. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: 0.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: August 10, 2018    PLAN BASE: $30,000.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 8/15/2018

[ ] FAVORABLE          [X] UNFAVORABLE

**1. [X] DOMESTIC SUPPORT OBLIGATION:**

• **Recipient(s) data § 1302(b)(6):** 1) Debtor is asked to provide recipient information for Ms. Yahaira Ortiz Rodriguez since notification sent by Trustee was returned by the US Postal Services (unable to forward). 2) Pending debtor's motion requesting entry of order requesting waiver regarding DSO information. Per debtor's motion he has no communication with one of his child's mother Ms. Norma Miranda Rivera nor his child. If Court grants debtor's motion, this will not going to be an issue anymore.

• **Post-petition payments § 1325(a)(8):** $1,100.00 monthly. Per Bankruptcy Code, as of the confirmation hearing date, he must file evidence with the court of being current in the DSO payments that became due post-petition.

**2. [X] FAILS SECTION 1325(a)(9):**

• **State Tax Returns:** Debtor has failed to provide evidence of filing for 2017 state tax return.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez

Atty: ALEXANDRA BIGAS VALEDON

USDC # 222611
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - WG