**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**AMILCAR NORAT COLLAZO**<br>xxx–xx–4553<br><br>Debtor(s) | Case No. **18–03605 BKT**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 10/15/18 |

*ORDER*

Trustee's objection to claim #5 filed by JEFFERSON CAPITAL SYSTEMS LLC (docket entry #22), having been duly notified to all parties in interest, and no replies or objections having been filed timely, it is now ORDERED that said motion be and it is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, October 15, 2018 .

Brian K. Tester
United States Bankruptcy Judge