# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE: <br> **AMILCAR NORAT COLLAZO** <br> **xxx–xx–4553** <br><br> Debtor(s) | Case No. **18–03605 EAG** <br><br> Chapter **13** <br><br> FILED & ENTERED ON 8/3/22 |

*ORDER*

Debtor's objection to claim #6 filed by Sandra L. Gonzalez Colon (docket entry #68), having been duly notified to all parties in interest, and no replies or objections having been filed timely, it is now ORDERED that said motion be and it is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, August 3, 2022 .

Edward A. Godoy
United States Bankruptcy Judge